## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAKE NAMJIK CHO | No. 2:23-po-00003-KFW |

## INFORMATION

The United States Attorney for the District of Maine charges that:

### COUNT ONE
### (Assault on an Aircraft)

On about March 17, 2023, while on an aircraft in the special aircraft jurisdiction of the United States, the defendant,

**JAKE NAMJIK CHO,**

did knowingly and willfully commit an act that, if committed in the special maritime and territorial jurisdiction of the United States would have violated Section 113 of Title 18, to wit: Assault, as defined in Title 18, United States Code, Section 113(a)(5).

All in violation of Title 49, United States Code, Section 46506(1).

Dated: October 24th, 2023

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

*/s/ Sheila W. Sawyer*
Sheila W. Sawyer
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257