**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-po-00003-KFW |
| JAKE NAMJIK CHO | |

**PROSECUTION VERSION**

The evidence in this case established the following facts:

1. On the evening of March 17, 2023, the defendant Jake Cho and Victim 1 were seated next to each other on Delta Airlines Flight 2138. Flight 2138 originated in Atlanta, Georgia and was bound for the Portland International Jetport, Portland Maine. Records obtained from Delta Airlines reflect that Victim 1 and Cho were assigned seats 17A and 17B, respectively.

2. During the flight, the defendant continuously leaned into Victim 1's seat area while appearing to be asleep. Cho moved his hand onto the seat in the space between himself and Victim 1, with his hand in contact with the Victim's thigh and buttocks. Cho also moved his feet into Victim 1's foot space and touched her feet with his feet. Shortly before landing, the aircraft encountered turbulence. At that point, Cho appeared to have some sort of a spasm and reached over Victim 1's leg and down into her crotch area. Victim 1 then exclaimed, "Excuse me," and Cho immediately retracted his hand. He did not touch Victim 1 after retracting his hand and quickly exited the aircraft after it landed.

3. Victim 1 told her parents what had happened after she got off the plane, and they in turn reported what had happened to the Portland Police Department (PPD).

Because the incident occurred while the plane was in flight, the PPD contacted the Federal Bureau of Investigations (FBI).

3.  In an initial interview with FBI agents on March 19, 2023, Cho denied touching Victim 1 with his hand at all, inappropriately or otherwise. Cho also denied touching her feet with his feet, and denied that Victim 1 said, "Excuse me," or anything to Cho. In a subsequent interview on April 1, 2023, however, Cho admitted that he intentionally touched Victim 1 during the flight, although he maintained that the actions were not sexual in nature.

| | |
|---|---|
| Date: October 24, 2023 | Respectfully Submitted:<br><br>DARCIE N. MCELWEE<br>United States Attorney<br><br>*/s/ Sheila W. Sawyer*<br><br>SHEILA W. SAWYER<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>100 Middle Street<br>Portland, Maine 04101<br>(207) 780-3257<br>Sheila.Sawyer@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2023, I submitted the foregoing Prosecution Version to the Clerk's Office via email, and copied Michael Whipple, Esq. on the email.

|  |  |
|---|---|
|  | DARCIE N. MCELWEE |
|  | United States Attorney |
| by: | */s/ Grace Herrick* |
|  | GRACE HERRICK |
|  | Paralegal Specialist |
| on behalf of: | SHEILA W. SAWYER |
|  | Assistant United States Attorney |
|  | U.S. Attorney's Office |
|  | 100 Middle Street |
|  | Portland, Maine 04101 |
|  | (207) 780-3257 |
|  | Sheila.Sawyer@usdoj.gov |