UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Jake Namjik Cho

DOCKET NO:  2:23-po-00003-KFW

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | ***Sealed Exhibit*** | 01/22/2024 | 01/22/2024 | | 01/22/2024 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |